## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: MAGGIORE, IGNAZIO § Case No. 08-71806
      MAGGIORE, MARINA §
      MAGGIORE, IZZY §
Debtors §

### NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that STEPHEN G. BALSLEY, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,000.37 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance of* | $ 10,000.37 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Trustee | Stephen G. Balsley | $ 1,750.04 | $ |
| Attorney for trustee | Stephen G. Balsley | $ 1,560.00 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor _____ | $ _____ | $ _____ |
| Attorney for _____ | $ _____ | $ _____ |
| Accountant for _____ | $ _____ | $ _____ |
| Appraiser for _____ | $ _____ | $ _____ |
| Other _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,614.72 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Roundup Funding, LLC | $ 26,136.86 | $ 3,919.43 |
| 2 | LVNV Funding LLC | $ 9,239.86 | $ 1,385.59 |
| 3 | LVNV Funding LLC | $ 1,622.99 | $ 243.38 |
| 4 | Meyer Material Company | $ 2,450.01 | $ 367.40 |
| 5 | Western Surety Company | $ 5,165.00 | $ 774.53 |

**UST Form 101-7-NFR (4/1/2009)**

Late filed general (unsecured) claims are as follows:

*Claim Number*    *Claimant*                    *Allowed Amt. of Claim*    *Proposed Payment*

                              N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*    *Claimant*                    *Allowed Amt. of Claim*    *Proposed Payment*

                              N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

   The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:
  211 South Court Street
  Room 110
  Rockford, IL 61101

   Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   If local court rules so require, the following procedure for objecting must be followed:

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on July 06, 2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 05/19/2009    By: /s/ STEPHEN G. BALSLEY
            Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL 61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: mreilly               Page 1 of 2                   Date Rcvd: Jun 12, 2009
Case: 08-71806                Form ID: pdf006             Total Noticed: 36

The following entities were noticed by first class mail on Jun 14, 2009.
db/jdb        Ignazio Maggiore,   Marina Maggiore,   10816 Hillcrest Lane,   Marengo, IL  60152-8258
aty           David L. Stretch,   Law Office of David L. Stretch,   5447 West Bull Valley Road,
               McHenry, IL  60050-7410
tr           +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
12311304      American Family Insurance,   PO Box 1603,   Saint Joseph, MO 64502-1603
12311306      American Honda Finance Corporation,   PO Box 5308,   Elgin, IL 60121-5308
12311305      American Honda Finance Corporation,   PO Box 60001,   City of Industry, CA 91716-0001
12311307     +Anes. Assoc. of Crystal Valley,   4309 Medical Center Drive,   Suite A201,
               McHenry, IL 60050-8411
12311308     +Arrow Financial Services, LLC,   c/o Blitt and Gaines, P.C., Attys,   661 W. Glenn Avenue,
               Wheeling, IL 60090-6017
12311311      Capital One Services,   Attn: Remittance Processing,   PO Box 60000,   Seattle, WA 98190-6000
12311312      Capital One Services,   PO Box 85015,   Richmond, VA 23285-5015
12311314      Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12311313      Centegra Health System,   Payment Processing Center,   PO Box 17, Dept. 8101-0020,
               Arrowsmith, IL 61722-0017
12311318      Centegra Memorial Medical Center,   PO Box 5995,   Peoria, IL 61601-5995
12311319      Center for Neurology, S.C.,   750 E. Terra Cotta Avenue,   Suite A,   Crystal Lake, IL 60014-3621
12311321      CitiMortgage, Inc.,   PO Box 183040,   Columbus, OH 43218-3040
12311322     +Credit Collection Services,   Two Wells Avenue, Dept. 7250,   Newton Center, MA 02459-3208
12311323     +First North American National Bank,   PO Box 42336,   Richmond, VA 23242
12311324      Gupta Medical Clinic, LTD,   284 Memorial Court,   Suite B,   Crystal Lake, IL 60014-6231
12311327     +H&R Accounts, Inc.,   360 Miller Road,   Hiawatha, IA 52233-2364
12311329     +Lake/McHenry Pathology Associates,   520 East 22nd Street,   Lombard, IL 60148-6110
12311330      McHenry Radiologists Imaging Assoc,   PO Box 220,   McHenry, IL 60051-0220
12311331      Meridian Management Solutions,   PO Box 11029,   Carson, CA 90749-1029
13037806      Meyer Material Company,   c/o Atty. Raphael E. Yalden,   1318 E. State Street,
               Rockford IL  61104-2228
12311332     +Midwest Endocrinology & Diabetes,   633 Ridgeview Drive,   McHenry, IL 60050-7012
12311333     +P.K. Mitra, MD & Sanjukta Mitra, MD,   633 Ridgeview Drive,   McHenry, IL 60050-7012
12311334     +Recovery Resources, Inc.,   830 N. Meachem Road,   Schaumburg, IL 60173-5476
12311336     +Resurrection Medical Center,   7435 W. Talcott Avenue,   Chicago, IL 60631-3746
13874161     +Western Surety Company,   11605 Crossroads Circle Ste J,   Baltimore, MD 21220-2865

The following entities were noticed by electronic transmission on Jun 13, 2009.
12311303     +E-mail/Text: KM@ARCONCEPTSINC.COM                           A/R Concepts, Inc.,
               33 West Higgins Road,   Suite 715,   Barrington, IL 60010-9103
12311320      E-mail/PDF: CSINC@TDS.NET Jun 13 2009 00:40:26      Certified Services, Inc.,   PO Box 177,
               Waukegan, IL 60079-0177
12311325     +E-mail/Text: bankruptcy@hraccounts.com                            H & R Accounts. Inc.,
               c/o Attorney Thomas C. Hill,   7017 John Deere Parkway,   Moline, IL 61265-8072
12311326      E-mail/Text: bankruptcy@hraccounts.com                            H&R Accounts, Inc.,   PO Box 672,
               Moline, IL 61266-0672
12311328     +E-mail/Text: bankruptcy@hraccounts.com                            H&R Accounts, Inc.,
               7017 John Deere Parkway,   Moline, IL 61265-8072
12835781      E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
12311335      E-mail/Text: resurgentbknotifications@resurgent.com
               Resurgent Capital Services, L.P.,   PO Box 5025,   Sioux Falls, SD 57117-5025
12821261      E-mail/PDF: BNCEmails@blinellc.com Jun 13 2009 00:36:28      Roundup Funding, LLC,   MS 550,
               PO Box 91121,   Seattle, WA 98111-9221
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12311309      Auto Loan 1
12311310      Auto Loan 2
aty*         +Stephen G Balsley,   Barrick, Switzer, Long, Balsley, etal,   6833 Stalter Drive,
               Rockford, IL 61108-2579
12311315*     Centegra Health System,   PO Box 5995,   Peoria, IL 61601-5995
12311316*     Centegra Health System,   Payment Processing Center,   PO Box 17, Dept. 8101-0020,
               Arrowsmith, IL 61722-0017
12311317*     Centegra Health System,   Payment Processing Center,   PO Box 17, Dept. 8101-0020,
               Arrowsmith, IL 61722-0017
                                                                                            TOTALS: 2, * 4

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3          User: mreilly             Page 2 of 2              Date Rcvd: Jun 12, 2009
Case: 08-71806                Form ID: pdf006           Total Noticed: 36

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2009**          **Signature:** *Joseph Speetjens*