# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: MAGGIORE, IGNAZIO | § | Case No. 08-71806 |
| MAGGIORE, MARINA | § | |
| MAGGIORE, IZZY | § | |
| Debtor(s) | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $1,700.00 | Assets Exempt: $31,700.00 |
| Total Distribution to Claimants: $6,691.16 | Claims Discharged Without Payment: $56,859.84 |
| Total Expenses of Administration: $3,310.04 | |

3) Total gross receipts of $ 10,001.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $10,001.20 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (9/1/2009)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $350,050.98 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,310.04 | 3,310.04 | 3,310.04 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 18,936.28 | 44,614.72 | 44,614.72 | 6,691.16 |
| **TOTAL DISBURSEMENTS** | $368,987.26 | $47,924.76 | $47,924.76 | $10,001.20 |

4) This case was originally filed under Chapter 7 on June 09, 2008.
. The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/09/2009      By: /s/STEPHEN G. BALSLEY
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 10816 Hillcrest Lane, Marengo | 1110-000 | 10,000.00 |
| Interest Income | 1270-000 | 1.20 |
| **TOTAL GROSS RECEIPTS** | | **$10,001.20** |

¹The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CitiMortgage, Inc. | 4110-000 | 285,050.98 | N/A | N/A | 0.00 |
| Auto Loan 2 | 4210-000 | 19,500.00 | N/A | N/A | 0.00 |
| American Honda Finance Corporation | 4210-000 | 19,500.00 | N/A | N/A | 0.00 |
| Auto Loan 1 | 4210-000 | 26,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$350,050.98** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 1,750.04 | 1,750.04 | 1,750.04 |
| Stephen G. Balsley | 3110-000 | N/A | 1,560.00 | 1,560.00 | 1,560.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | N/A | 3,310.04 | 3,310.04 | 3,310.04 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Roundup Funding, LLC | 7100-000 | N/A | 26,136.86 | 26,136.86 | 4,433.14 |
| LVNV Funding LLC | 7100-000 | N/A | 9,239.86 | 9,239.86 | 1,567.19 |
| LVNV Funding LLC | 7100-000 | N/A | 1,622.99 | 1,622.99 | 275.28 |
| Meyer Material Company | 7100-000 | N/A | 2,450.01 | 2,450.01 | 415.55 |

UST Form 101-7-TDR (9/1/2009)

| | | | | | |
|---|---|---|---|---|---|
| Western Surety Company | 7200-000 | N/A | 5,165.00 | 5,165.00 | 0.00 |
| H & R Accounts, Inc./Centegra Northern Illinois Medical | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| H & R Accounts, Inc./Centegra Northern Illinois Medical | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| Gupta Medical Clinic, Ltd. | 7100-000 | 69.13 | N/A | N/A | 0.00 |
| Lake/McHenry Pathology Associates | 7100-000 | 205.00 | N/A | N/A | 0.00 |
| First North American National Bank | 7100-000 | 5,660.02 | N/A | N/A | 0.00 |
| McHenry Radiologists Imaging Assoc. | 7100-000 | 689.00 | N/A | N/A | 0.00 |
| Credit Collection Services/American Family Insurance | 7100-000 | 89.81 | N/A | N/A | 0.00 |
| Midwest Endocrinology & Diabetes | 7100-000 | 305.55 | N/A | N/A | 0.00 |
| P.K. Mitra, MD & Sanjukta Mitra, MD | 7100-000 | 331.53 | N/A | N/A | 0.00 |
| Meridian Management Solutions | 7100-000 | 2,891.06 | N/A | N/A | 0.00 |
| Recovery Resources, Inc. | 7100-000 | 91.23 | N/A | N/A | 0.00 |
| Centegra Health System | 7100-000 | 95.00 | N/A | N/A | 0.00 |
| Certified Services, Inc. | 7100-000 | 57.15 | N/A | N/A | 0.00 |
| Anes. Assoc. of Crystal Valley | 7100-000 | 257.40 | N/A | N/A | 0.00 |
| Arrow Financial Services, LLC | 7100-000 | 5,302.26 | N/A | N/A | 0.00 |
| Center for Neurology, S.C. | 7100-000 | 56.75 | N/A | N/A | 0.00 |
| Centegra Health System | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| Centegra Health System | 7100-000 | 250.00 | N/A | N/A | 0.00 |
| Capital One Services | 7100-000 | 1,835.39 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 18,936.28 | 44,614.72 | 44,614.72 | 6,691.16 |

UST Form 101-7-TDR (9/1/2009)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

Case Number: 08-71806
Case Name: MAGGIORE, IGNAZIO
MAGGIORE, MARINA
Period Ending: 09/09/09

Trustee: (330410) STEPHEN G. BALSLEY
Filed (f) or Converted (c): 06/09/08 (f)
§341(a) Meeting Date: 08/07/08
Claims Bar Date: 01/21/09

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 10816 Hillcrest Lane, Marengo | 300,000.00 | 0.00 | | 10,000.00 | FA |
| 2 | Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking Account | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Household goods and furnishings | 750.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 750.00 | 0.00 | DA | 0.00 | FA |
| 6 | 2008 Chevrolet | Unknown | 0.00 | DA | 0.00 | FA |
| 7 | 2008 Honda Civic | Unknown | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.20 | FA |
| 8 | Assets  Totals (Excluding unknown values) | $301,700.00 | $0.00 | | $10,001.20 | $0.00 |

Major Activities Affecting Case Closing:

Initial Projected Date Of Final Report (TFR):   November 30, 2009         Current Projected Date Of Final Report (TFR):   May 22, 2009 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 08-71806 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MAGGIORE, IGNAZIO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAGGIORE, MARINA | | Account: | ***-*****91-65 - Money Market Account |
| Taxpayer ID #: | 35-6800443 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/06/09 | {1} | Marina Maggiore | Payment for real estate | 1110-000 | 1,000.00 | | 1,000.00 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 1,000.03 |
| 02/02/09 | {1} | Marina Maggiore | Payment for real estate | 1110-000 | 1,000.00 | | 2,000.03 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.07 | | 2,000.10 |
| 03/04/09 | {1} | Marina Maggiore | Payment for real estate | 1110-000 | 1,000.00 | | 3,000.10 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,000.22 |
| 04/03/09 | {1} | Marina Maggiore | Payment for real estate | 1110-000 | 1,000.00 | | 4,000.22 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.15 | | 4,000.37 |
| 05/05/09 | {1} | Marina Maggiore | Payment for real estate | 1110-000 | 6,000.00 | | 10,000.37 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.34 | | 10,000.71 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.43 | | 10,001.14 |
| 07/06/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.06 | | 10,001.20 |
| 07/06/09 | | To Account #********9166 | Transfer funds from MMA to checking account | 9999-000 | | 10,001.20 | 0.00 |
| | | | ACCOUNT TOTALS | | 10,001.20 | 10,001.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 10,001.20 | |
| | | | Subtotal | | 10,001.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,001.20 | $0.00 | |

{} Asset reference(s)        Printed: 09/09/2009 11:16 AM    V.11.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 08-71806 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | MAGGIORE, IGNAZIO | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MAGGIORE, MARINA | | Account: | ***-*****91-66 - Checking Account |
| Taxpayer ID #: | 35-6800443 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 09/09/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/06/09 | | From Account #*********9165 | Transfer funds from MMA to checking account | 9999-000 | 10,001.20 | | 10,001.20 |
| 07/06/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $1,560.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 1,560.00 | 8,441.20 |
| 07/06/09 | 102 | Stephen G. Balsley | Dividend paid 100.00% on $1,750.04, Trustee Compensation; Reference: | 2100-000 | | 1,750.04 | 6,691.16 |
| 07/06/09 | 103 | Roundup Funding, LLC | Dividend paid 16.96% on $26,136.86; Claim# 1; Filed: $26,136.86; Reference: XXA067; CITIBANK | 7100-000 | | 4,433.14 | 2,258.02 |
| 07/06/09 | 104 | LVNV Funding LLC | Dividend paid 16.96% on $9,239.86; Claim# 2; Filed: $9,239.86; Reference: 2546 | 7100-000 | | 1,567.19 | 690.83 |
| 07/06/09 | 105 | LVNV Funding LLC | Dividend paid 16.96% on $1,622.99; Claim# 3; Filed: $1,622.99; Reference: 9027 | 7100-000 | | 275.28 | 415.55 |
| 07/06/09 | 106 | Meyer Material Company | Dividend paid 16.96% on $2,450.01; Claim# 4; Filed: $2,450.01; Reference: 3350 | 7100-000 | | 415.55 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 10,001.20 | 10,001.20 | $0.00 |
| Less: Bank Transfers | 10,001.20 | 0.00 | |
| Subtotal | 0.00 | 10,001.20 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $10,001.20 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****91-65 | 10,001.20 | 0.00 | 0.00 |
| Checking # ***-*****91-66 | 0.00 | 10,001.20 | 0.00 |
| | $10,001.20 | $10,001.20 | $0.00 |

{} Asset reference(s)

Printed: 09/09/2009 11:16 AM   V.11.50

# JPMorganChase

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2009 through August 31, 2009
Account Number: **000312207919165**

## CUSTOMER SERVICE INFORMATION

Service Center:                    1-800-634-5273



00018127 DBI 802 24 24409 - NNNNN   6  000000000 60 0000
08-71806 MAGGIORE IGNAZIO
MAGGIORE MARINA DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## SAVINGS SUMMARY    Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Ending Balance | 0 | $0.00 |
| Interest Paid Year-to-Date |  | $1.20 |

This account earns interest daily and the current interest rate is 0.05%.
The total interest paid this year is $1.20.



**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

August 01, 2009 through August 31, 2009
Account Number: **000312207919166**

**CUSTOMER SERVICE INFORMATION**

Service Center:       1-800-634-5273



00018128 DBI 802 24 24409 - NNNNN 1 000000000 60 0000
08-71806 MAGGIORE IGNAZIO
MAGGIORE MARINA DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004

## CHECKING SUMMARY  Bankruptcy Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $415.55 |
| Checks Paid | 1 | - 415.55 |
| Ending Balance | 1 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 106 | 08/11 | $415.55 |
| Total Checks Paid |  | $415.55 |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 08/11 | $0.00 |

9/9/09
M

Page 1 of 2